IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 1 9 2001

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| INVITROGEN CORPORATION (formerly known as Life Technologies, Inc.), <br>     Plaintiff/Declaratory-Defendant, <br><br> vs. <br><br> CLONTECH LABORATORIES, INC., <br>     Defendant/Declaratory-Plaintiff. | Civil Action No. AW-96-4080 <br>                    AW-00-1879 |

## ORDER

On November 5, 2001, the Court received an interim status report from Special Master Philip G. Hampton and an invoice for services rendered through October 31, 2001. After a review of the proposed charges in Invoice #3167223, the Court believes that the hours expended and the rate charged are reasonable. Accordingly, IT IS this _16th_ day of November, 2001 by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That **$28,824.99 (Twenty Eight Thousand Eight Hundred Twenty-four Dollars and Ninety Nine Cents)** in funds presently held in the Registry of this Court **BE**, and the same hereby **IS, RELEASED** to Philip G. Hampton II, Esq., Gardner, Carton & Douglas, 1301 K Street, N.W., Suite 900 East Tower, Washington, DC 20005;

2. That the Clerk of the Court include a copy of Invoice #3167223 with the payment to ensure proper application to the above captioned matter;

3. That the Clerk of the Court mail copies of this order to all counsel of record.

_/s/ Alexander Williams_
Alexander Williams, Jr.
United States District Judge